ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Specialized
Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BONAURO, an individual; and LISA BONAURO, an individual,<br><br>                            Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a foreign corporation,<br><br>                            Defendant. | Case No.: 2:12-cv-01857-RCJ-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Anthony and Lisa Bonauro (**plaintiffs**) and Specialized Loan Servicing, LLC (**defendant**, and together with plaintiffs, the **parties**), by and through their undersigned attorneys, stipulate and agree that the above-entitled matter shall be dismissed with prejudice. The parties

//
//
//
//
//

{25754732;1}

further stipulate that each party shall bear its own attorneys' fees and costs.

DATED this 21st day of March, 2013.   DATED this 21st day of March, 2013.

**AKERMAN SENTERFITT LLP**   **COGBURN LAW OFFICES**

/s/Natalie L. Winslow   /s/Larson A. Welsh
ARIEL E. STERN, ESQ.   LARSON A. WELSH, ESQ.
Nevada Bar No. 8276   Nevada Bar No. 12517
NATALIE L. WINSLOW, ESQ.   2879 St. Rose Parkway, Suite 200
Nevada Bar No. 12125   Henderson, Nevada 89052
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144   *Attorneys for Plaintiffs,*
   *Anthony and Lisa Bonauro*
*Attorneys for Defendant,*
*Specialized Loan Servicing, LLC*

IT IS SO ORDERED:

_____
DISTRICT JUDGE
DATED:__ Dated: This 5th day of April, 2013.

{25754732;1} 2